No. 89–7237.   AGUILAR *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.

C. A. 5th Cir.   Certiorari denied.